AO 247 (02/08) Order Regarding Motion for Sentence Reduction
# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
APR 13 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| THOMAS J. BARKER | ) Case No: 4:04cr70031-001 |
| | ) USM No: 10450-084 |
| Date of Previous Judgment: 10/16/2006 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __175__ months **is reduced to** __140 months*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 32         Amended Offense Level: 30
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 151 to 188 months    Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
   * Defendant's sentence is reduced to 140 months, but not less than time served.

Except as provided above, all provisions of the judgment dated __10/16/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-13-15

Effective Date: 11/01/2015
(if different from order date)

Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title